IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES E. SHANNON,
    Petitioner,

vs.                              Case No. 3:04cv401/MCR/EMT

DONALD F. BAUKNECHT, WARDEN
    Respondent.
                                    /

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 2, 2005. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. The petition for writ of habeas corpus (Doc. 3) is **DENIED** and the clerk is directed to close the file.

      **DONE AND ORDERED** this 7th day of September, 2005.

                                                s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**